AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DARREN D. HAWKINS**
**a/k/a Jamal J. Jackson**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 28, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Intra-Tec 9mm semi-automatic handgun and 9mm ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER CHRISTOPHER SMITH__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**  ☒ Yes   ☐ No

Signature of Complainant
**OFFICER CHRISTOPHER SMITH**
**SEVENTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                              City and State

_____        _____
Name & Title of Judicial Officer                 Signature of Judicial Officer