**STATEMENT OF FACTS**

On Wednesday, September 28, 2005, at about 7:00 p.m., sworn officers with Metropolitan Police Department's Seventh District conducted a traffic stop in the 2700 block of Wade Street, S.E., Washington, D.C. Officers approached the car, and when the defendant, Darren Hawkins, rolled down the window, officers smelled marijuana. Officers asked the defendant to exit the car. An officer entered the car and found a napkin with suspected marijuana in it. When the officers informed the other officers, the defendant attempted to run. Officers placed the defendant under arrest. Further search of the car, revealed a gun belt on the rear seat, and a loaded Intra-Tec 9mm semi-automatic handgun under the passenger side seat. Recovered from the defendant's pants pocket was $661.00. After arrest the defendant asked police why they were taking the girl's car, because the gun did not belong to her. At one point, police saw a driver's license, which defendant had and the license was in the name of Jamal Jackson. To the best of the undersigned officer's knowledge, defendant Darren D. Hawkins, has previously been convicted of crimes punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case Nos. F2456-01 and F2460-01. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge there are no Intra-Tec 9mm semi-automatic handguns nor ammunition manufactured in the District of Columbia.

                                OFFICER CHRISTOPHER SMITH
                                SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS __ DAY OF SEPTEMBER, 2005.

                                U.S. MAGISTRATE JUDGE