UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Darren Hawkins

Registration No.

CRIMINAL NO: 05-520 M

*[handwritten in margin:]* DEFENDANT CONSENTS TO ENTRY OF ORDER; WRITTEN FINDINGS WAIVED

**ORDER**

It is hereby ordered that the Defendant  Darren Hawkins  be committed to the custody of the Attorney General or a designated representative for confinement in the corrections facility separate, to the extent practical, apart from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a Court of the United States of America or at the request of the United States Attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

SO ORDERED, this 12th day of October, 2005

DEBORAH A. ROBINSON
United States Magistrate Judge